UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:

MARC CHRISTOPHER BREWER             CHAPTER 13
                                                                    CASE NO: 17-20624

DEBTOR

**ORDER**

This matter having come before the Court on July 18, 2017 for hearing of the trustee's motion to dismiss the Debtor's case [Doc 28] and the matter having been heard and considered by the Court, it is hereby

ORDERED that the Debtor shall <u>within 14 days from the date of hearing</u> submit all documents required in the Chapter 13 Order to Debtor [Doc 4] to the trustee. In the event the documents are not received by the trustee by the close of business on the 14th day, the trustee shall, without further hearing, file a notice of non-compliance with this order and submit an order granting the motion to dismiss.

Prepared by:

Beverly M. Burden, Trustee

By: */s/ Donald B. Smith*
Attorney for Trustee
PO Box 2204
Lexington, KY 40588-2204
859-233-1527
notices@ch13edky.com

CC: Amy H. Anderson

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Wednesday, July 26, 2017**
(tnw)